IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SEALS,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:14-cv-00059-JWS |

## **JUDGMENT OF DISMISSAL**

This matter having come before the court on the stipulation of the parties; and

The court being otherwise fully advised;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced matter is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 25th day of November 2014.

                                                /s/ JOHN W. SEDWICK
                                        SENIOR UNITED STATES DISTRICT JUDGE